# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 153-2

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) **ORDER**<br>CECILIA BELLE BRADLEY, )<br>)<br>Defendant. )<br>_____) | |

Pending before the Court is Defendant's Motion to File Supplemental Briefing and Motion to Seal [# 27]. On March 12, 2018, the Court allowed Defendant to join in her co-defendant's motion to suppress. Defendant now asks the Court for leave to file supplemental briefing and to have the brief and exhibits filed under seal.

The presumption in this Court is that filings be unsealed. Defendant's exhibits, however, will contain sensitive information.

Therefore, the Court **GRANTS** the motion in part and **DENIES** the motion in part [# 27]. Defendant has leave to file a supplemental brief. The brief shall not be sealed. For good cause, Defendant's exhibits shall be SEALED.

Signed: March 12, 2018

Dennis L. Howell
United States Magistrate Judge